Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Middle

Division Jacksonville

Case No. 3:25-cv-45-WWB-LLL
(to be filled in by the Clerk's Office)

Harrison Blodrick #Y53761 )
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Asst Warden FSP Bennet, Warden David Johns, FL D.O.C., Secretary of FL D.O.C., Officer Harcula, Officer D. Robinson, Officer Chester, Officer Clemins, Officer Awull, Officer Palmer, Officer Palmer, Officer Martin, Officer Moats, Officer T. Flores
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Harrison Ross Blodnick
All other names by which you have been known:
ID Number:
Current Institution: Florida State Prison
Address: P.O. Box 800
Raiford, FL 32083
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Officer Harcula
Job or Title (if known): Sargent
Shield Number:
Employer: FSP Florida Department of Corrections
Address: PO Box 800
Raiford, FL 32083
City / State / Zip Code

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: Officer D. Robinson
Job or Title (if known): Sargent
Shield Number:
Employer: FSP Florida D.O.C.
Address:
City / State / Zip Code

[ ] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: Asst. Warden Bennet
  Job or Title (if known): Asst Warden
  Shield Number:
  Employer: FL D.O.C. FSP
  Address: PO Box 800
  Raiford, FL 32083
  City / State / Zip Code
  ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
  Name: Warden David Johns
  Job or Title (if known): Warden
  Shield Number:
  Employer: FL D.O.C. FSP
  Address: PO Box 800
  Raiford, FL 32083
  City / State / Zip Code
  ☒ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st ammendment & 8th ammendment constitutional rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendent 5. officer Clemmins
Employer FSP FL D.O.C.
Address- FSP PO Box 800 Raiford FL 32083

Defendent 6. officer Awull
Employer FSP FL D.O.C.
Address- FSP PO Box 800 Raiford FL 32083

Defendent 7. officer Palmer
Employer FSP FL D.O.C.
Address- FSP PO Box 800 Raiford FL 32083

Defendent 8. officer Martin
Employer FSP FL D.O.C.
Address FSP PO Box 800 Raiford FL 32083

Defendent 9. officer Moats
Employer FSP FL D.O.C
Address FSP PO Box 800 Raiford FL 32083

Defendent 10. officer T. Flores
Employer FSP FL D.O.C
Address FSP PO Box 800 Raiford FL 32083

Defendent 11. Secretary of the Florida D.O.C.
Employer FL D.O.C.
Address 501 S. Calhoun St. Tallahasse FL

Defendent 12. Florida DOC.
Address 501 S. Calhoun St. Tallahasse, FL

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The cruel & unusual punishment started apx. 7/25 when I was moved to B-wing after being Maced. The majority of the starvation to place in cell B-1106 where there is a camera

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

See Attached

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

William Moise, #R14911 J.R. Meridith, by officer Harcula & others The Facts are I was the subject of Anti semitisim because I am Jewish & also a sex offender I was refused over 60 Meals between 7/25 & current date & subject to being starved up to 72 hours

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

From not eating & my blood suger being low I blacked out Multiple times & injured myself, I was sprayed/maced for kicking the door trying to get fed & recieved chemichal burns & also psychological & emotional trauma I always worry if I will get fed & have flash backs anxiety & depression unessacary & wanton infliction of physical & psychological pain

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking A Pardon, My release, My immediate transfer, Protection Management, Justice, Prosecution, I am seeking 1,000,000 in Punitive damages & 250,000 for psychological care & treatment after enduring the psychological & emotional abuse I've endured & for Medical fees & sick calls. I am asking for transfer & protection because I will most likely be targeted & retaliated against

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

FSP (Florida State Prison)

2. What did you claim in your grievance? I claimed I have been starved over 60 meals since 7/25 I claimed & documented the officer Harcula, D. Robinson & others were starveing me intentionally based on the fact I am a orthodox Jew & sex offender & that I would sometimes go 72 hours without food & the camera in B-Wog will prove it

3. What was the result, if any? often times nothing was done & this is still on going to a lesser degree

None

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
My informal grievences were often thrown out or passed to other inmates to disrupt my process of exhaustin Admin relief but I documented this through Formals to secretary, logs & sick calls

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I informed Warden, Asst. Warden, colonels, gang sergent all showed deliberate indifference & failed to act

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. No my room was trashed & I am in the process of getting copys of my grievences But alot of time my informals were thrown out but I documented this

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        ☐ Yes

        ☒ No

    B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

        1.   Parties to the previous lawsuit

           Plaintiff(s)    N/A

           Defendant(s)    N/A

        2.   Court *(if federal court, name the district; if state court, name the county and State)*

           N/A

        3.   Docket or index number

           N/A

        4.   Name of Judge assigned to your case

           N/A

        5.   Approximate date of filing lawsuit

           N/A

        6.   Is the case still pending?

           ☐ Yes

           ☐ No

           N/A

        If no, give the approximate date of disposition. _____

        7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

           N/A

    C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

        N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number _____N/A_____

4. Name of Judge assigned to your case _____N/A_____

5. Approximate date of filing lawsuit _____N/A_____

6. Is the case still pending?

   ☐ Yes
   ☐ No       N/A

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/9

Signature of Plaintiff
Printed Name of Plaintiff
Prison Identification #  Y53761
Prison Address  FSP P.O. Box 800
Raiford, FL 32083

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address

Defendents - Multiple Actors
Plantiff
Harrison Blodnick

# Federal Complaint

Jacksonville Division
US Middle District

1) Jurisdiction - The Middle District Jacksonville us division for the united states district court (Fedral) (Haveing Jurisdiction over the State of Florida & its prison system, for 42 U.S.C. 1983 for suits against state actors) but itis the proper venue because Florida state prison & the Majority of stat actors are in raiford.

2) Name & Address of Plaintiff - Harrison R. Blodnick DC#Y53761 Resideing at Florida state Prison P.O. BOX 800 Raiford, FL 32083

3) Defendents - Warden of Florida state prison, David Johns
Assistant Warden Florida State Prison Bennett
Florida Department of Corrections
Secretary of the Florida Department of corrections
officer D. Robinson
officer Harcula
officer Chester
officer Clemins
officer Awull
officer Palmer
officer Martin
officer Moats
officer T. Flores

④ Exhaustion of all remedy statement- Plantiff has filed multiple grievences, witness statements, sick calls complaining of the starvation & cruel & unusual punishment he is enduring & has exhausted all administrative relief.

⑤ (Claim)
The Plaintiff is claiming that while at FSP He was targeted because of his religious & cultural identity & also because of his sex offender status & subject to blatent Anti semitism & subjected to torture, starvation & abuse and subjected to wanton pain & suffering at the hands of depraved individuals being refuse 60 meals since 7/25, The largest concentration of which being 45 Meals between 7/25 & 9/6 going as long as 72 hours without food & enduring severe emotional & psychological Trauma & blacking out & injuring myself due to low blood suger.

6 legal rights
The 1st Ammendment garuntees my right to practice my religion freely without descrimianation & also the seperation of church & state this was violated when I was subjected to Anti-Semetism & when D.O.C. staff told me on multiple occasions I had to become a Muslim to eat
Also the 8th Ammendment which garuntess freedom from cruel & unusual punishment when I was subjected

to & pain & suffering at the hand of depraved individuals being tortured, tormented & starved because of my religious identity & sex offender status sometimes goin 72 hours without food & causeing severe mental anguish psychological pain & suffering, anxiety & depression & Flashbacks & PTSD

7) Relief Requested - The defendent is seeking a full pardon for the egrievous wrongs hes suffered, Justice, Prosecution. his immediate transfer & Placement in P.M.C (protection management. He is also seeking 1,000,000 in punitive damages & 250,000 in actual damages for the psychological damages inflicted, sick calls & medical Etc.

**For Legal Purposes Only**

respectfully submitted

AB